UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
**FILED**
September 12, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GAOSHENG LAITINEN, ) <br> ) <br> Defendant. ) | Case No. 3:17MJ00026-CMK-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __GAOSHENG LAITINEN__ , Case No. __3:17MJ00026-CMK-2__ , Charge __18USC §371, 666(a)(2) and 21USC § 846 & 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_\_ Release on Personal Recognizance
- \_\_ Bail Posted in the Sum of $_____
  - \_\_ Unsecured Appearance Bond $_____
  - \_\_ Appearance Bond with 10% Deposit
  - \_\_ Appearance Bond with Surety
  - \_\_ Corporate Surety Bail Bond
  - ✔ (Other) __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 12, 2017__ at __2:00 pm__ .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court